# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Chester J. Duda,

     Petitioner

v.

Brian Williams, et al.,

     Respondents

**2:16-cv-02108-JAD-VCF**

**Order Denying Motion to Supplement Petition**

[ECF No. 6]

     Petitioner Chester J. Duda has filed a motion to amend or supplement his habeas petition. But Duda has not submitted a proposed amended petition or a statement of additional claims as required by Local Rule 15-1. I therefore deny his motion without prejudice to him filing a new motion for leave to file an amended petition or a statement of additional claims with the proposed amended petition or statement of additional claims attached.

     Accordingly, IT IS HEREBY ORDERED that Duda's motion to add, amend, or supplement additional claims [**ECF. No. 6] is DENIED without prejudice.** If Duda wishes to file a new motion to amend/supplement, he must do so by **December 21, 2016**, and he must attach the proposed amended petition or statement of additional claims to the motion.

     Dated this 21st day of November, 2016.

_____
Jennifer A. Dorsey
United States District Judge