# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Chester J. Duda,<br>    Petitioner<br>v.<br>Brian E. Williams, SR., et al.,<br>    Respondents | 2:16-cv-02108-JAD-VCF<br><br>**Order Granting Motion to Supplement Petition**<br><br>[ECF No. 8] |

Petitioner Chester J. Duda moves to supplement his petition. Good cause appearing, I grant Duda's motion to file the supplement he proposed.

Accordingly, IT IS HEREBY ORDERED that Duda's motion to supplement petition **[ECF No. 8] is GRANTED.** The Clerk of Court is instructed to detach and separately FILE the attachment at ECF No. 8-1 as a statement of additional claims.

IT IS FURTHER ORDERED that respondents must file their response to the petition, including the statement of additional claims, by **April 3, 2017.** The November 1, 2016, scheduling order remains in effect in all other respects.

Dated this 4th day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge