# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Chester J. Duda,

    Petitioner

v.

Warden Brian E. Williams, Sr., et al.,

    Respondents

Case No.: 2:16-cv-02108-JAD-VCF

**Order Granting in Part Motion for Extension of Time**

**[ECF No. 18]**

    Chester J. Duda filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 on September 6, 2016.[1] After respondents moved to dismiss Duda's petition,[2] Duda moved for an extension of time—an additional ninety days—to respond to respondents' motion.[3] Good cause appearing, Duda's motion is granted insofar as it seeks more time to respond, but in interest of the efficient resolution of this case, I am not inclined to grant such a lengthy extension of time. Accordingly, Duda is granted sixty days from the date of this order to file his response to the motion to dismiss, unless he has good cause to seek a further extension of time.

    Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that Duda's motion for extension of time **[ECF No. 18] is GRANTED in part**: Duda's time to file and serve his response to the respondents' motion to dismiss [ECF No. 14] is **EXTENDED to June 27, 2017**.

    DATED: April 28, 2017.

                                          _____
                                          Jennifer A. Dorsey
                                          United States District Judge

---

[1] ECF No. 1.

[2] ECF No. 14.

[3] ECF No. 18.