# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHESTER J DUDA,

      Petitioner

v.

BRIAN E. WILLIAMS, et al.,

      Respondents

Case No.: 2:16-cv-02108-JAD-VCF

**ORDER**

**[ECF No. 38]**

On March 8, 2018, habeas corpus petitioner Chester Duda responded to this court's February 22, 2019, order by filing a declaration that he voluntarily abandons his unexhausted claims. ECF No. 40. Duda's motion for reconsideration the issue of exhaustion is therefore moot.

IT IS THEREFORE ORDERED that petitioner's motion for reconsideration **(ECF No. 38) is DENIED** as moot. Respondents have until April 8, 2019, to answer the remaining grounds. *See* ECF No. 26.

Dated: March 12, 2019

_____

U.S. District Judge Jennifer A. Dorsey